IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JULIUS L. COOPERWOOD**                                                                                       **PLAINTIFF**

v.                                         NO.  4:15–CV–430-JM-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                     **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Commissioner's decision is affirmed, and Mr. Cooperwood's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 29th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE